

Gerard M. Clodomir
Phone: (302) 421-6885
Fax: (302) 421-5877
gclodomir@saul.com
www.saul.com

July 13, 2015

**Via CM/ECF**

The Honorable Gregory M. Sleet
United States District Judge
United States District Court for the District of Delaware
844 North King Street, Unit 19
Wilmington, DE 19801

    Re:   *Agora Inc. v. Veldt LLC*, C.A. No. 1:14-cv-01312 GMS

Your Honor:

    I write as counsel to Plaintiff in response to the Court's June 23, 2015 Order for Status Report. Since the initiation of this action, the Parties have been engaging in discussions that we are pleased to report have resulted in a settlement of this matter. Accordingly, Plaintiff is filing herewith a Rule of Civil Procedure 41(a)(1)(i) Notice of Voluntary Dismissal.

Respectfully,

Gerard M. Clodomir (#5467)

cc: Sherry H. Flax, Esq.
     James D. Taylor, Jr., Esq.

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

643270.1 07/13/2015   DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP